UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHRYN D. JOHNSON ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:19-CV-533-FL |
| MERRICK GARLAND, ) | |
| *Attorney General of the United States* ) | |
| Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 30, 2022, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 8, 2022, and Copies To:**
Joseph Douglas Budd / Matthew Ryan Gambale (via CM/ECF Notice of Electronic Filing)
Joshua L. Rogers (via CM/ECF Notice of Electronic Filing)

August 30, 2022           PETER A. MOORE, JR., CLERK

                   /s/ Sandra K. Collins
                   (By) Sandra K. Collins, Deputy Clerk